| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App 1 §§ 3.1-10) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Stahl, Norman H. | United States District Court District of New Hampshire | 01/25/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| | 01/24/90 | 01/01/89 |

| Home or office address | |
|---|---|
| 111 Amherst Street P.O. Box 719 Manchester, NH 03105 | 12/31/89 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

POSITION                                    NAME OF ORGANIZATION/ENTITY

[ ] **NONE** (No reportable positions)

See Attachment

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE                        PARTIES AND TERMS

[ ] **NONE** (No reportable agreements)

See Attachment

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] **NONE** (No reportable non-investment income) | | |
| | Devine, Millimet, Stahl & Branch, Professional Association | $ 317,394.00 |
| | United States Senate Staff Assistant | $ (S) |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 01/25/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 01/25/90 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Carlyle Real Estate Ltd. Partnership XV | B | Distrib | K | W | | | | | | |
| 2 Carlyle Real Estate Ltd. Partnership XV (S) | B | Distrib | K | W | | | | | | |
| 3 One More Time Joint Venture | B | Distrib | J | W | | | | | | |
| 4 Ashland House Assoc. | E | Distrib | O | W | | | | | | |
| 5 1933 Associates | B | Distrib | M | W | | | | | | |
| 6 Common Stock VenCap Inc. | A | | L | W | | | | | | |
| 7 Common Stock Roan Corp. | A | | J | W | | | | | | |
| 8 Indian Trail Ltd. (S) | A | | J | W | | | | | | |
| 9 Common Stock Walt Disney Productions | B | Div | L | T | | | | | | |
| 10 Common Stock W.R. Grace Inc. | B | Div | M | T | | | | | | |
| 11 Common Stock Rorer Group Inc. | B | Div | L | T | | | | | | |
| 12 Common Stock Pepsico Inc. | B | Div | L | T | | | | | | |
| 13 Common Stock Time Warner Inc. | B | Div | L | T | | | | | | |
| 14 Common Stock A T Cross Inc. | B | Div | L | T | | | | | | |
| 15 Common Stock Burlington Northern Inc. | B | Div | L | T | | | | | | |
| 16 Common Stock Transamerica Corp. | B | Div | M | T | | | | | | |
| 17 Common Stock Potomac Elec. Power Co. | B | Div | M | T | | | | | | |
| 18 Common Stock Boeing Co. (S) | B | Div | L | T | | | | | | |
| 19 Common Stock Browning-Ferris Inc. (S) | B | Div | L | T | | | | | | |
| 20 Common Stock Merck & Co. Inc. (S) | B | Div | L | T | (Continued on next page) | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100) B = $101 to $1,000 C = $1,001 to $2,500 D = $2,501 to $5,000 E = $5,001 to $15,000 F = $15,001 to $50,000 G = $50,001 to $100,000 H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000) K = $1,001 to $5,000 L = $5,001 to $15,000 M = $15,001 to $50,000 N = $50,001 to $100,000 O = $100,001 to $250,000 P = over $250,000
3 Value Method Codes: Q = Appraisal R = Cost (real estate only) S = Assessed value T = Cash/market U = Book value V = Other W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 01/25/90 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting Individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Common Stock Microsoft Corp. (S) | B | Div | L | T | | | | | |
| 2 Mutual Fund Shares Mass Investors Fund (S) | B | Div | L | T | | | | | |
| 3 Bond Illinois Hsg. Dev. Auth.(S) | C | Int | M | T | | | | | |
| 4 Bond Shares NH Muni. Bond Bank | C | Int | L | T | | | | | |
| 5 Dollar Value Shares Federated Tax Free Trust | F | Int | O | T | | | | | |
| 6 Common Stock A D P Inc. (S) | B | Div | K | T | | | | | |
| 7 Bond NH Higher ED & Health | C | Int | M | T | | | | | |
| 8 Common Stock Pennwalt Corp. (S) | D | Div/CG | J | T | | | | | |
| 9 Common Stock Burlington Resources | D | Div/CG | J | T | | | | | |
| 10 Common Stock Eastern Utilities | B | Div/CG | J | T | | | | | |
| 11 Common Stock Maytag Corp. | A | | J | T | | | | | |
| 12 Common Stock Millipore Corp. | A | | J | T | | | | | |
| 13 Common Stock Pennwalt Corp. | E | Div/CG | J | T | | | | | |
| 14 Common Stock Stride-Rite Corp. | E | Div/CG | J | T | | | | | |
| 15 Common Stock Tandem Computers | A | | J | T | | | | | |
| 16 Common Stock Time Inc. | E | Div/CG | J | T | | | | | |
| 17 Common Stock Waste Mgmt. Inc. | D | Div/CG | J | T | | | | | |
| 18 Common Stock I B M | A | | J | T | | | | | |
| 19 Common Stock Lexington Savings | A | | J | T | | | | | |
| 20 Rental Building (S) 904 Main St.,Lyndburg,VA | F | Rents | L | W | (Continued on Next Page) | | | | |

1 Income/Gain Codes:
A = exempt ($0 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000

2 Value Codes:
J = exempt ($0 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

3 Value Method Codes:
Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
U = Book value   V = Other   W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting Stahl, Norman H. | Date of Report 01/25/90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Common Stock-Devine,Millemet Stahl & Branch,Manchester,NH | B | Div | M | W | | | | | |
| 2 CD - NH Savings Manchester, NH | D | Int | N | T | | | | | |
| 3 CD - Dartmouth Savings Dartmouth, NH (S) | D | Int | N | T | | | | | |
| 4 CD - NH Savings Manchester, NH (S) | E | Int | N | T | | | | | |
| 5 CD - Amoskeag Manchester, NH (S) | E | Int | N | T | | | | | |
| 6 CD - Amoskeag Bank Manchester, NH (J) | C | Int | M | T | | | | | |
| 7 Money Market - Amoskeag Bank Manchester, NH | C | Int | N | T | | | | | |
| 8 Money Market - Amoskeag Bank Manchester, NH (S) | B | Int | M | T | | | | | |
| 9 Investment Account Hopper Soliday & Co. (S) | B | Int | M | T | | | | | |
| 10 Investment Account Hopper Soliday & Co. | C | Int | N | T | | | | | |
| 11 Investment Account Prudential-Bache | B | Int | L | T | | | | | |
| 12 Savings Account (J) 1ST Albany Bank, Albany,NY | B | Int | K | T | | | | | |
| 13 Checking & Savings Acct.(J) Amoskeag Bank,Manchester,NH | B | Int | L | T | | | | | |
| 14 Investment Account Kidder-Peabody | B | Int | L | T | | | | | |
| 15 Rental Property-11.1 Acres RT 3,Bedford,NH(No Add Avail) | A | | N | W | | | | | |
| 16 CD - Amoskeag Bank Manchester, NH (DC) | B | Int | L | T | | | | | |
| 17 CD - NH Savings Bank Manchester, NH (DC) | C | Int | M | T | | | | | |
| 18 IRA - Amoskeag Bank Manchester, NH | F | Int | P | T | | | | | |
| 19 IRA - Amoskeag Bank Manchester, NH (S) | C | Int | M | T | | | | | |
| 20 Pension-Devine, Millemet, Stahl & Brank,Manchester,NH | F | Int | P | W | (Continued on Next Page) | | | | |

1 Income/Gain Codes:  A = exempt ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000
E = $5,001 to $15,000    F = $15,001 to $50,000    G = $50,001 to $100,000    H = over $100,000
2 Value Codes:  J = exempt ($0 to $1,000)    K = $1,001 to $5,000    L = $5,001 to $15,000    M = $15,001 to $50,000
N = $50,001 to $100,000    O = $100,001 to $250,000    P = over $250,000
3 Value Method Codes:  Q = Appraisal    R = Cost (real estate only)    S = Assessed value    T = Cash/market
U = Book value    V = Other    W = Estimated

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/25/90 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Common Stock A T & T | B | Div | | T | | | | | |
| 2 Common Stock Bank of America | B | Div | | T | | | | | |
| 3 Common Stock Bank East | B | Div | | T | | | | | |
| 4 Common Stock Bell Atlantic | B | Div | | T | | | | | |
| 5 Common Stock Bell South Corp. | B | Div | | T | | | | | |
| 6 Common Stock Carolina Power & Light | B | Div | | T | | | | | |
| 7 Common Stock Central & South West Corp. | B | Div | | T | | | | | |
| 8 Common Stock Exxon Corp. | B | Div | | T | | | | | |
| 9 Common Stock General Motors | B | Div | | T | | | | | |
| 10 Common Stock - Class H General Motors | B | Div | | T | | | | | |
| 11 Common Stock NYNEX | B | Div | | T | | | | | |
| 12 Common Stock Pacific Telesis | B | Div | | T | | | | | |
| 13 Common Stock Unitil Corp. | B | Div | | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 01/25/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

[x] Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:  
   Judicial Ethics Committee  
   Administrative Office of the  
   United States Courts  
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google